UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR07-20040 |
| Plaintiff, | |
| v. | IN VIOLATION OF: |
| LADARREN SAIN, | Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A) |
| Defendant. | |

APR 4 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

On or about February 22, 2007, in Macon County, in the Central District of Illinois,

**LADARREN SAIN,**

defendant herein, knowingly and intentionally possessed fifty or more grams of a mixture and substance containing cocaine base ("crack"), a Schedule II controlled substance, with the intent to distribute it.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

A TRUE BILL.

s/Foreperson
FOREPERSON

s/Rodger A. Heaton
RODGER A. HEATON
United States Attorney

CSB