# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    Plaintiff | )<br>)<br>)<br>) CASE NO. **07-20040**<br>) |
| **LADARREN SAIN**<br>    Defendant | )<br>) |

## SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **10:00 AM** on **JUNE 28, 2007,** before the Honorable Michael P. McCuskey.

IT IS FURTHER ORDERED this matter is set for JURY SELECTION and JURY TRIAL at **9:00 A.M.** on **JULY 9, 2007,** before the Honorable Michael P. McCuskey.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 3rd day of May, 2007.


  s/David G. Bernthal  
DAVID G. BERNTHAL  
U.S. MAGISTRATE JUDGE