# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

**SEALED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | WARRANT FOR ARREST |
| Plaintiff | ) | |
| | ) | |
| vs | ) | |
| | ) | CASE NO. 07-20040 |
| LADARREN SAIN | ) | |
| Defendant | ) | |

FILED
MAY -7 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

RECEIVED 2007 APR -5 P 1:31 US MARSHALS SERVICE CENTRAL ILLINOIS

TO:   THE U. S. MARSHAL and any
      AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest LADARREN SAIN, and bring him forthwith to the nearest magistrate judge to answer an Indictment charging him with possession of 50 or more grams of crack with intent to distribute in violation of Title 21, United States Code, Section(s) 841(a)(1) & (b)(1)(A).

HAROLD A. BAKER
*Name of Issuing Officer*

U.S. DISTRICT JUDGE
*Title of Issuing Officer*

*Signature of Issuing Officer*

April 4, 2007 Urbana IL
*Date and Location*

Bail fixed at NONE. To be determined at initial appearance.

### RETURN

This warrant was received and executed with the arrest of the above named defendant at *Decatur*

| Date Received 04/6/07 | Name of Arresting Officer *Toby Williams* | Signature of Arresting Officer |
| Date of Arrest 05/03/07 | Title of Arresting Officer *Decatur PD* | |