UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR07-20040 |
| ) | |
| LADARREN SAIN, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF PRIOR CONVICTION**

Now comes the United States by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Assistant United States Attorney, Colin S. Bruce, and hereby provides Notice of Prior Conviction pursuant to Title 21, United States Code, Section 851 as follows:

   9/28/06  - Possession of Controlled Substance with Intent to Deliver, Macon County, Illinois, Case No. 05-CF-1483

Such conviction qualifying the defendant for enhanced sentencing pursuant to Title 21, United States Code, Section 841(b)(1).

Respectfully submitted,

RODGER A. HEATON
United States Attorney

BY:   s/ Colin S. Bruce
COLIN S. BRUCE, Bar No. IL 6200946
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217-373-5891
colin.bruce@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Mr. John C. Taylor
>Assistant Federal Defender
>300 W. Main Street
>Urbana, IL 61801

>s/ COLIN S. BRUCE
>COLIN S. BRUCE
>Assistant United States Attorney
>United States Attorney
>201 S. Vine St., Suite 226
>Urbana, IL 61802
>217/373-5875
>FAX: 217-373-5891
>colin.bruce@usdoj.gov