E-FILED
Tuesday, 12 June, 2007   10:24:17 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LADARREN SAIN,<br><br>    Defendant. | No.: 07-20040 |

### *MOTION TO VACATE PRETRIAL CONFERENCE AND TRIAL DATES*

NOW COMES the Defendant, LADARREN SAIN, by and through his attorneys, Richard H. Parsons and John Taylor of the Federal Public Defender's Office of the Central District of Illinois, and moves this Court for the entry of an Order vacating the pretrial conference date, presently scheduled for June 19, 2007, and the trial date, presently scheduled for July 9, 2007, and in support thereof, states as follows:

1.    The Office of the Federal Public Defender was appointed to represent Ladarren Sain by United States Magistrate Judge Bernthal on or about May 3, 2007.

2.    Defendant's present intention is to plead, and a change of plea hearing is presently scheduled for July 12, 2007 before Magistrate Judge David G. Bernthal.

1

WHEREFORE, Defendant respectfully requests the entry of an Order vacating the pretrial conference and jury trial dates in this cause.

        Respectfully Submitted,

        LADARREN SAIN, Defendant

        RICHARD H. PARSONS
        Federal Public Defender

        s/John Taylor
BY:_____
        JOHN TAYLOR
        Assistant Federal Public Defender
        300 West Main Street
        Urbana, Illinois 61801
        Telephone: (217) 373-0666
        Facsimile: (217) 373-0667
        Email: John_Taylor@fd.org

## *CERTIFICATE OF SERVICE*

I hereby certify that on June 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Colin S. Bruce.

                                                  s/John Taylor

                                                  _____
                                                  JOHN TAYLOR
                                                  Assistant Federal Public Defender
                                                  300 West Main Street
                                                  Urbana, Illinois 61801
                                                  Telephone: (217) 373-0666
                                                  Facsimile: (217) 373-0667
                                                  Email: John_Taylor@fd.org