E-FILED
Thursday, 14 June, 2007  10:07:04 AM
Clerk, U.S. District Court, ILCD

#1

June 7, 2007

Dear, Mr. Judge McCuskey

My name is LaDarren L. Sain and I am incarcirated in DeWitt County Jail. And I was writing you to let you know some things about me you don't know. I grew up around a good family who loved me alot. I also started my life off great, going to school, attending Sunday services, playing sports, being a good kid of respect and a good will to do good.

Far as that goes as I grew older I made a few bad decisions, being only twenty years old right now doesn't excuse the laws that were broken, which I am sorry for and regret.

Another main reason for me writing you this letter Sir was I would like to apologize not only to you for having to go out your way to judge my case and go through all the reading and paper work, plus the other things your job carries on a case like this one.

#2

But to apologize to the Central District Federal System, to the State, to the officers and detectives that took out there time and investigations on me, to the states attorney, to the community I use to live in, and also to the people the drugs affected.

s/LaDarren L. Sain

LaDarren L. Sain.