**E-FILED**
Thursday, 15 November, 2007  11:50:01 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No.: 07-20040 |
| LADARREN SAIN, | |
| Defendant. | |

**DEFENDANT'S SENTENCING EXHIBITS**

Now comes the Defendant, LADARREN SAIN, by his attorneys, RICHARD H.

PARSONS and JOHN TAYLOR of the Federal Public Defender's Office, and pursuant to Fed.

R. Crim. P. 32(h)(i)(1)(C), hereby enters the following exhibits into evidence to support his oral

commentary and in lieu of witness testimony regarding his appropriate sentence:

1.     Exhibit A: Ashley Montgomery Letter;
2.     Exhibit B: Margaret Guyse Letter;
3.     Exhibit C: Paula Clark Letter;
4.     Exhibit D: Wayne S. Guyse, Sr. Letter;
5.     Exhibit E: Evangelist Dorris V. Clark Letter;
6.     Exhibit F: Betty Cunningham Letter;
7.     Exhibit G: Hilda Walker Letter;
8.     Exhibit H: Mildred L. Taylor Letter;
9.     Exhibit I: Ben E. Hawkins, Sr. Letter;
10.    Exhibit J: Mr. & Mrs. Billy L. Guyse, Sr. Letter;
11.    Exhibit K: Elder Franklin R. Dotson, Sr. Letter;
12.    Exhibit L: Marilyn Hall Letter;
13.    Exhibit M: Adrian Sain Letter;
14.    Exhibit N: Dianne Partee Letter;
15.    Exhibit O: JH Partee Letter;
16.    Exhibit P: Toni Guyse-Wheeler Letter
17.    Exhibit Q: Amanda Guyse Letter; and
18.    Exhibit R: Viola Thomas Letter.

Respectfully Submitted,

LADARREN SAIN, Defendant

RICHARD H. PARSONS
Federal Public Defender

                s/John Taylor
BY:_____
                JOHN TAYLOR
                Assistant Federal Public Defender
                300 West Main Street
                Urbana, Illinois 61801
                Telephone: (217) 373-0666
                Facsimile:  (217) 373-0667
                Email: john_taylor@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2007, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to Assistant

United States Attorney Colin S. Bruce.

                s/John Taylor
                _____

                JOHN TAYLOR
                Assistant Federal Public Defender
                300 West Main Street
                Urbana, Illinois 61801
                Telephone: (217) 373-0666
                Facsimile : (217) 373-0667
                Email: john_taylor@fd.org

10-29-2007

I am Ashley Montgomery. My relationship to LaDarren Shin is his cousin. I've known him since we were small children. He has always been the family connection and protective cousin. As far as I can see, yes he's made some bad decisions. Then again, who hasn't. LaDarren isn't the type of person that would deliberately do something wrong. If given another chance I know that he's gonna be a better person for society. Now that he's seen what kinda of situation being with the wrong crowd can get you in, I don't think he'll make the same mistake twice. LaDarren is a good young man but, he was just caught up in a bad situation. He does deserve a second chance to get his life back. After all he's just twenty years old. He'll never truly have another chance to get it right if he's behind bars most of his life. So, in conclusion I would just like to plead that he gets a brief sentence.

s/Ashley Montgomery

Exhibit A

# Margaret Guyse

October 25, 2007

Dear Judge McCuskey:

I am writing you in regards to my great-grandson LaDarren Sain whom is schedules for sentencing on November 19, 2007.  LaDarren was a good child with excellent potential.  He was very involved with his family and his church community.  At a young age he was baptized and accepted Christ into his life. Academically, LaDarren was an excellent student receiving frequent praises for his work and dedication.

Unfortunately, as a young child he was diagnosis with ADHD (attention deficit hyperactivity disorder).  The doctors felt necessary to prescribe medications for him which later revealed to be successful.  Although LaDarren was diagnosis with a disorder and prescribed medication, he overcame these obstacles to become an extremely active member of the community.  He participated in little league baseball along with basketball for his school.  He was involved with sports up until to age of 16.

As his great-grandmother, I noticed that LaDarren's friends had a huge influence on his decision making. I feel that he began to go astray as he associated with the wrong crowd.  As a result he late became involved with the law.  Honestly, I strongly believe that being incarcerated for now will turn his life around.  I think

that his time served has been a huge awaking and he is aware that his future choices could have an enormous impact on his life.

Upon his release I feel that he will continue to be a changed person with a new perspective on life.  I just pray that you will find it in your heart to give him a short term.  I love my great-grandson and I know he loves me.  I continually pray that I will live to see LaDarren Sain, my first great-grandson, released from prison.

Thank you Judge McCuskey for accepting my letter on the behalf of LaDarren Sain. I hope that this will help him in some small way.

Sincerely,
s/Margaret Guyse
Margaret Guyse

Oct 26, 2007

To Whom It May Concern:

This letter is written in regards to La'Darren Sain. I have know this young man for about 8-10yrs and my first acquaintance with him was through the youth program at our church. Over the past few years I have watched LaDarren grow into a young man that is easily influenced by what others are doing. He has made some wrong choices while growing up but I believe with the right influence from people that care he can make a positive change in his life. He has church up-bringing in his past and that is something you never forget. Theses circumstances such as they are will be a learning experience for him in the future and prayerfully will keep him away from making the same decisions again.

Thank you,

s/Paula Clark

Paula Clark

Exhibit C

1 October 2007

Judge Michael P. McCuskey

Dear Judge  Michael P. McCuskey:

 I am writing you this letter in support of LaDarren Sain and in the hope you will be lenient with LaDarren.

 First, let me state how I know LaDarren.  LaDarren is my grandnephew.  I spent many of my early years babysitting his mother, my niece.  His mother had many male presences in her life growing up, like her 5 uncles and her grandfather.  I am afraid LaDarren did not have that constant support and fell into the trap you relying on his so called friends when older.  LaDarren himself is a truly good kid, but as many young adults do, he made the wrong friends which have gotten him into the situation he is into now.

I have personally seen LaDarren's caring and responsible side.  From taking care of his two younger sisters and providing his Great-Grandmother and Grandmother, my sister, with help with their homes and yard work.  I also know that he really wants to be a better person just he needs some help getting there.  Whenever I returned back home to Decatur, he was always interested in my adventures with the Air Force and now the Foreign Service, and always showed a genuine interest in learning.  His desire to learn has not been lost but just temporarily has been push a side.

I know that LaDarren must take responsibility for his action, but please take into account what is best not only for him, but also his family and his true friends.  There is also his future and his contribution to society.  If he can be place under a strict probation versus prison I know he is willing to work with all his might to better himself.  In doing so it will help all those around him.  I see no good with placing him in prison, where he will loose hope and loose the opportunity of improving his life.  I beg you to please give my nephew a second chance at living his life the right way.

His family has always been there for him, and will continue to be there with him no matter what decision is made.  Please let us have him back so we may guide him help him become a more productive member of society.  He is well aware that he has really messed things up.  His time being incarcerated has been his wake up call and he is praying for another chance at life.  Yes, we wish it hadn't taken this jail time to open his eyes, but now that it has please don't hold him back from being that good person he is.  It is within your power to make this happen.

Thank you for letting me speak in support of LaDarren.

Sincerely,    s/Wayne S. Guyse, Sr.
Wayne S. Guyse, Sr.
Diplomatic Attaché
American Embassy New Delhi

Exhibit D

October 8, 2007


Richard Parsons
Federal Public Defender

Re: US of A vs. La Darren Sain
District Court Case Number 07-20040




Dear Mr. Parsons,

I know Mr. Sain through my on-going 10 year friendship with his grandmother (Mrs. Portee) and his great-grandmother (Mrs. Margaret Guyse).

Mr. Sain has been nurtured most of his life by these two Christian Women. Mr. Sain was raised in the Church and early exposed to "Gods" way-of-living.

Young black males such as Mr. Sain need someone that is willing (in the system) to go further, and try harder. Perhaps Mr. Sain had this positive, supportive influence during earlier years in school *coupled* with his Christian training and love, we wouldn't be where we are today.

Mr. Sain has demonstrated a strong interest in turning his life around and living up with what is required of a good citizen. As a younger child his grandmother had him enrolled in baseball, and other sports to broaden his interest, teaching him to respect others even in competition. As Jesus *looked* beyond our faults and saw every one of our needs, I pray the court will do like wise with Mr. La Darren Sain.

Won't you be a positive part in aiding this young man to be all he can be.



Respectfully
s/Evangelist Doris V. Clark
Evangelist Doris V. Clark


Exhibit E



10/10/07

United States of America vs. LaDarren Sain
District Court Case: 07-20040

Dear Judge Michael P. McCuskey,

     I have known LaDarren before he was born, I am his godmother. He's always been a very sweet child to me and a joy at all of our family gatherings. Always one to make me laugh whenever he sees me and always a greeting with a hug and a kiss. He has a very close family along with mine who really loves him and enjoyed having him around.

     I believe that LaDarren just got caught up with the wrong crowd and that him being incarcerated for such a long period of time will make him lose out on his life. I pray that you will have mercy on him and that he will not be sent away for the amount of time he told me he's facing. He is a very smart young man and was an 'A' student in school. I'm hoping that he has been a model inmate so far, therefore you can see what type of person he really is. I will like for him to have the chance to finish school when he comes out, get a good job and have a wife and family.

     Judge McCuskey I am praying and believing on the mercy of the court that he will have a fair and just sentencing. Thank you for giving him this privilege for us to tell you who he really is.

With Best Regards,


s/Betty Cunningham

Betty Cunningham

Exhibit F

To: Honorable Judge _____    Nov. 3, 2007

I have known La Darren all of his life, and his entire family. The moral family background and up bringing this young man has had was excellent. La Darren may have made some wrong choices, but has recovered because of what is instilled in him from the support and right teaching from his Church, and imediate family. As a citizen who have knowledge of this young man is pleading with the courts and the judge to give lierancy to La Darren sentencing which is forecoming in this month. La Darren has much support from church and family. La Darren support from many, agencies community resources & (workers) who know of him and is willing to work with him every step of the way once he is released for maintaining a wholesome life as a man of God who made him to be in his own image.

Thank you

s/Hilda Walker

Exhibit G

To Whom It may Concern:

I am writing this letter for LaDarren L. Sain, who I have known since he was born. I have been neighbors to his great grand parents and grandmother for over 45 years. LaDarren was always a very active and smart child. I have watch him grow up in his homes and in Church. His grandmother, Dianne Guys Partee has always made sure he was clean, and went to School and Church.

As you became a teenager he always had good manners and always had a good heart. But like many of our young children today he got off of track, and started hanging around the wrong Kids and young men.

But I am asking you as the judge and the court to please give him another chance. We know it has done wrong, but I know he just made some bad choices. So I hope in Your heart you can not sentence him a long time. Please give him a chance to turn his life around.

Respectfully yours

s/Mildred L. Taylor

Exhibit H

Dear Judge McCuskey,

My name is Ben Hawkins. I am the Grandfather of LaDarren Sain. I'm aware that he is being sentenced following a plea of guilty to charges of possession of a controlled substance with intent to deliver. I have been in LaDarren's life on and off since he was a baby. LaDarren comes from a line of church going people. He does know the difference between right and wrong. LaDarren is a good child whom I think got side tracked by the wrong crowd. Sir this is my only Grandson. I live in Janesville, WI sir and I do believe if I was around him most of the time he would have turned out to be one of Decatur's prime citizens. While he was growing up he loved sports, such as baseball, football, and basketball. I would drive to get him for the summer and take him fishing. Sir deep down inside I know LaDarren can change. Judge McCuskey you and I both know how short life is. But for some reason, kids just don't. Well I believe he does now. Sir you know what's best, but I am asking you to make an impact in my Grandson's life and not have him doing a long term sentence. Please just show him some kind of compassion at his sentencing and take a deep look into this young man's eyes. He one day may return the favor with someone else's life. Also I have attached a picture LaDarren drew for me one Father's Day, at the age of fourteen. Could you show it to him please, it should send a shock through him. Thank you sir for taking time to read my letter and may God bless you whatever your decision may be.

Sincerely,

Ben E. Hawkins Sr.



Exhibit I

November 8, 2007

To:    The Honorable Judge

From: Billy Sr. and Concetta Guyse


Re:    LaDarren L. Sain

We, the uncle and aunt of LaDarren L. Sain, ask that you have compassion and mercy on this young man.

We have known LaDarren all of his life. We know, as he now does, that he chose the wrong acquaintances and we expect that he will make wiser decisions in the future.

In addition, we encourage LaDarren to continue his education and develop positive skills that will contribute to future successes for him, his family, and society.

Respectfully,

Mr. & Mrs. Billy L. Guyse, Sr.

Exhibit J

# NEW HOPE TEMPLE and DELIVERANCE CENTER
## CHURCH OF GOD IN CHRIST

720 East Van Buren Ave. – Decatur, Illinois 62526
217-876-9421

NOVEMBER 9, 2007

DEAR JUDGE MICHAEL P. MCCUSKEY:

HOLY GREETINGS IN THE NAME OF OUR LORD AND SAVIOR JESUS CHRIST. IT IS WITH GREAT HUMILITY THAT I COME BEFORE YOU.

FIRST, I WOULD LIKE TO GIVE THANK TO ALMIGHTY GOD FOR BLESSING AND GIVING ME THIS OPPORTUNITY TO COME BEFORE YOU AGAIN. OVER THREE YEARS AGO, I SET IN YOUR COURT ROOM AND WATCHED YOU PRESIDE OVER A CASE OF ANOTHER YOUNG MAN. I CAN SO VIVIDLY REMEMBER SOMETHING YOU SAID TO THE OTHER YOUNG MAN. YOU ALLOWED GOD TO WORK THROUGH YOU AND YOU SHOWED COMPASSION AND MERCY.

OUR YOUNG BLACK MEN DON'T UNDERSTAND THE DEPTH AND DESTRUCTION THAT IS CAUSES, WHEN THEY MAKE CHOICES CONCERNING THEIR LIFE. I HEARD YOU SAID TO THE OTHER YOUNG MAN, "I BELIEVE TO MY HEART, I WOULD NEVER SEE YOU IN MY COURTROOM AGAIN". IT IS OUR PRAY THAT YOU'LL LOOK INSIDE YOUR HEART, AND FIND COMPASSION, MERCY, AND JUSTICE CONCERNING LADARREN SAIN. EVEN IN WRONGNESS, GOD SHOWED COMPASSION, MERCY, AND JUSTICE.

AGAIN THANK YOU..........

PRAYERFULLY SUBMITTED:
s/Elder Franklin R. Dotson, Sr.
ELDER FRANKLIN R. DOTSON SR.

PASTOR OF NEW HOPE TEMPLE AND DELIVERANCE CENTER
        CHURCH OF GOD IN CHRIST

FRD/ERD

Exhibit K

Re:  LaDarren Sain

To Whom It May Concern:

I've known LaDarren since he was a small boy.  I thought he was the sweetest kid to be around.  He had this smile and personality that would light up a room.  He was a kid in the neighborhood but also a relative.  Although I am a cousin, he always called me Aunt Marilyn.  Everytime I saw him he asked me, "Aunt Marilyn, do you have any candy?"

I was surprised when LaDarren got in trouble with the law.  I didn't see that coming.  I know his grandmother Dianne Partee was and has always been his strength and in his corner.  Being a single mother or a single grandmother is not easy, especially when there are other issues at hand.  I know that his father was not in LaDarren's life as LaDarren wanted him to be.  I know LaDarren struggled with that.  As the teenage years approach, it has gotten difficult for African American males.  Positive male role models are a missing link.  They need that positive male influence in their lives.  The street element is always there laying wait and preying on our youth steering them in the wrong direction.  It is so unfortunate that so many of the black youths, especially the young men are falling prey to peer pressure and other social ills in the community but it is happening.  That's why I feel LaDarren needs a second chance.  He is only 21 years old.  Knowing his family background, I feel he can overcome this run-in with the law and redeem himself to be a productive and positive part of our society.

I would ask the judge for leniency for LaDarren's sentencing.  Everybody deserves a chance to prove they can do the right thing in life.  We all make mistakes.....it's the learning from those mistakes that count.  I have confidence that this experience has enabled LaDarren to learn from his mistake.

Humbly submitted,
s/Marilyn Hall
Marilyn Hall
Decatur, IL

Exhibit L

November 13, 2007

Your Honor,

Please accept this letter as a plea for leniency on behalf of my son, LaDarren Sain.  I would like to express my love and concern for him.   I am aware that LaDarren's actions cannot go unpunished.  However, I would like you to know that he has a family who loves him and is concerned for is future.  Yes, he is a 20 year old young man who has made mistakes but, don't count him as someone who is a lost cause.  He does have great potential.   Please consider this when passing judgment.

 My prayer is that he will be able to return to society soon and not be used as an example.  As a man, I know the wheels of justice must turn but as a father I pray that mercy prevails.  Thank you for you time and consideration.

Sincerely ,

s/Adrian Sain

Adrian Sain

Nov 3, 2007

DIANNE PARTEE

Dear Judge McCuskey:

I am LaDarren Sain's grandmother. LaDarren has live with me every since he was about 3½ years old.
He has always been a very active child. His parents Toni Wheeler (my daughter), and Adrain Sain have always been in his life, maybe not like they should always, but they were around. So I always tried to make sure he was always busy. He attend church, sang in the choir, did Plays and was in sports alot. He played baseball, soccer, basketball and he was a good athlete. But then as a working grandmother he got away from me, as far as me not keeping up with what he was doing and with who. He also did will in school, had good grades

. He, has made some bad choice and was around some wrong group of people, who he felt was his friends, and it has gotten him where he is now. I know he has done wrong and you have to be accountable for your mistakes.

But I hope that you as the sentencing Judge will show him lenient in his sentence. He had realize that he has done wrong and really messed up. Please, give him a chance to have a chance in life.

Exhibit N



Dianne Partee  (cont.)

He has two sisters, ages 18 and 9 years old.
They are very close and love their brother.
They hope he won't be out of their lives along
time. He also has other brothers (2) and sisters
(4), but LaDarran is the oldest. I am hoping
that they will have a chance do spent some
of his life with them.

I want do thank you for your time.

Respectfully Yours

s/Dianne Partee

11-6-2007

To Whom It May Concern

I am LaDarren L. Sain Step-Grandfather. I have been around LaDarren for about 13 years. We usually get along pretty good through the years. But as he got older he was very active in sports. I attend sometime, when my job permit me to do so, to his games. I am a alcoholic, and there has been times through the years that I have let my drinking cause problems for my family. LaDarren and I had really one bad time when we had a disagreement, where he saw me being disrespectful toward his grandmother, and he act me about, I don't remember all of it but, it got out of hand. He told me, he didn't want me missing work and going to court. So he move out. We mended our disagreement.

I guess, what I'm saying is I have some problems and I am trying to work on them. He, LaDarren is a smart kid, he just pick so wrong friends. I know he knows he made a big mistake. I am hoping that you as the judge and the court will give him a chance and be lenient when he is sentence. Thank you for your time.

s/JB Partee

Exhibit O

# Toni Guyse-Wheeler

November 8, 2007

Dear Judge McCuskey:

I am writing this letter in regards to my son LaDarren Lynn Sain. He is scheduled for sentencing on November 19, 2007. I love my son greatly and as his mother I am truly hurting to see my son going through this dilemma. He spent most of his childhood with his grandmother, Dianne Guyse-Partee, who raised him. Although, I did not raise him I was very involved in his up bringing. It seems like yesterday that LaDarren was playing any and every sport that he could participate in. He was an exceptional athlete at a young age. He participated in soccer, baseball, basketball, and JFL football. While attending St. James Elementary School he earned good grades. LaDarren continued to do well academically throughout his years in middle school which he attended in Memphis, TN. He later returned to Decatur and enrolled in MacArthur High School.

For the last six months I have seen and spoke with LaDarren about his situation. I truly believe that he has learning that has made poor choices in friends and chosen the wrong path to live his life. He now realizes that if you break the law you have to face the consequences. This experience has forced him to grow up and mature. As a concerned mother I hope that you give him a fair sentencing, because everyone deserves a second chance.

Sincerely,

Toni Guyse-Wheeler
s/Toni Guyse-Wheeler

Exhibit P

## Amanda Guyse

November 03, 2007

Dear Judge McCuskey:

I am writing you on the behalf of my cousin LaDarren L. Sain. I am 3 years older than him but I can remember us as children spending a lot of time together. As a child I often found it amazing that one person can be so talented at so many things. He was able to play all sports particularly well with no formal training. I recall attend his basketball games at St .James Elementary School and feeling grateful to be his cousin.

I feel that LaDarren has had an opportunity to think about his past and all of the poor choices he has made over the years. I believe this situation will sever as a wake up call for him. LaDarren's time severed has allowed him to grow mentally and he has realized that unless he changes his behavior and method of thinking he will regret it for the rest of his life. LaDarren had and will always have great potential if given the opportunity to succeed. For this reason I hope you will consider a reasonable sentencing on November 19, 2007.

Sincerely,

Amanda Guyse
s/Amanda Guyse

Exhibit Q

11-10-07

To Whom It May Concern

I have know La Darien Sain since 1988, Where he attended Longein Day Care center where I worked. I cared for him until he was 18 months old. He was in the Day care until he was four year old; I saw him daily. He was a very active child and very intelligent.

Later I saw him occassionally with his grandmother, He was always respectful to me.

Sincerely

s/Viola Thomas

Exhibit R