E-FILED
Tuesday, 25 March, 2008  04:01:00 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                  No.: 07-20040

LADARREN SAIN,

    Defendant.

### DEFENDANT'S SENTENCING EXHIBITS

Now comes the Defendant, LADARREN SAIN, by his attorneys, RICHARD H. PARSONS and JOHN TAYLOR of the Federal Public Defender's Office, and pursuant to Fed. R. Crim. P. 32(h)(i)(1)(C), hereby enters the following additional exhibits into evidence to support his oral commentary and in lieu of witness testimony regarding his appropriate sentence:

1.     Exhibit S: Murray Lawrence Letter; and
2.     Exhibit T: Kenneth Hansbro Letter;

    Respectfully Submitted,

    LADARREN SAIN, Defendant

    RICHARD H. PARSONS
    Federal Public Defender

        s/John Taylor
BY:_____
    JOHN TAYLOR
    Assistant Federal Public Defender
    300 West Main Street
    Urbana, Illinois 61801
    Telephone: (217) 373-0666; Fax: (217) 373-0667
    Email: john_taylor@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Colin S. Bruce.

                                      s/John Taylor

                                      _____
JOHN TAYLOR
Assistant Federal Public Defender
300 West Main Street
Urbana, Illinois 61801
Telephone: (217) 373-0666
Facsimile : (217) 373-0667
Email: john_taylor@fd.org

LaDarren Sain was raised in the Church from a baby. LaDarren comes from a great family that cares for all people. I feel LaDarren deserves a second chance at life. He needs a chance to show the world he is a good guy. I feel in my heart LaDarren will make it if given the chance,

s/Murray Lawrence

John Taylor
300 W. Main
Urbana, IL  61801

11/14/07

Dear Mr. Taylor:

I am writing this letter to show support for LaDarren Sain who is incarcerated and facing federal felony convictions.  I have known LaDarren and his family for several years.  He was raised in the church and really does have a solid foundation…although he has made some poor choices.

His family is loving and supportive and will do anything in their power to assist LaDarren in reentry efforts once he is released from incarceration.  That is why I am writing this letter to show my support for the Sain, Guyse, and Alexander family.

When you look at LaDarren's history…there is good that is demonstrated; playing park district basketball, attended St. James School before going to high school, and participating in church.

I pray these things are taken into account when deliberations begin over his impending sentence.


Sincerely,
s/Kenneth E. Hansbro

Kenneth E. Hansbro